# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

___

**DANITA WOODS,**

    **Plainitiff,**

v.                                                               **No.: 1:18-cv-1015-STA-egb**
                                                                                 **Jury Demanded**

**CORECIVIC, INC.,**

    **Defendant.**

___

# ORDER ON PLAINTIFF'S MOTION TO RESET SCHEDULING CONFERENCE
# AND NOTICE OF RESETTING
___

This cause came to be heard upon Plaintiffs' Motion to Reset Scheduling Conference, from all of which the Court finds that the Motion is well taken and due to be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Scheduling Conference set for June 15, 2018 is hereby reset until **July 13, 2018 at 9:00 A.M.**

    **IT IS SO ORDERED.**

                                                      s/S. Thomas Anderson
                                                      **S. THOMAS ANDERSON**
                                                      **CHIEF U.S. DISTRICT JUDGE**

                                                      Date: 4/26/2018